IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA, individually and on behalf of all others similarly situated, | Case No. 12-cv-387 |
| Plaintiff, | |
| v. | |
| 1ST NATIONAL COMMUNITY BANK, | Filed Electronically |
| Defendant. | |

ORDER APPROVING CONSENT DECREE
AND DISMISSING CASE WITH PREJUDICE

The Parties have entered a proposed Consent Decree calculated to ensure that Defendant 1st National Community Bank maintains its ATM network so that the ATMs are readily accessible to and independently usable by blind and visually impaired individuals in compliance with the Americans with Disabilities Act, specifically including the requirements set forth at Chapter 7, Section 707, of the 2010 Standards for Accessible Design adopted by the United States Department of Justice. The Court has reviewed the Consent Decree and Plaintiff's Complaint and it is hereby ORDERED and ADJUDGED that:

1. The attached Consent Decree is APPROVED and ENTERED;

2. This action is dismissed WITH PREJUDICE. However, the Court retains jurisdiction to enforce the Consent Decree as necessary; and,

3. The Clerk shall mark this case as being CLOSED.

Cynthia Reed Eddy
United States Magistrate Judge